## Commonwealth *v.* Ricketts, Appellant.

Submitted December 16, 1975. *David E. Auerbach,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *Ralph B.*

*D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.